NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICIA A. GAVIN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5095

---

Appeal from the United States Court of Federal Claims in No. 11-CV-0528, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

Patricia A. Gavin moves to reinstate her appeal that was dismissed on July 8, 2013 for failure to pay the required docketing fee and moves for leave to proceed in forma pauperis.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to reinstate is denied.

GAVIN V. US                                                                                       2

(2)  The motion to proceed in forma pauperis is de-
nied.

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s26